**Steven Harris KEENEY, Petitioner,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 93–SC–715–KB.**

Supreme Court of Kentucky.

Sept. 1, 1994.

### ORDER OF REINSTATEMENT

On recommendation of the Inquiry Tribunal of the Kentucky Bar Association, and it appearing that all the requirements of SCR 3.510(2) have been met, the application of Steven Harris Keeney for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted.

Mr. Keeney shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

ENTERED: September 1, 1994.

/s/ Robert F. Stephens
Chief Justice